

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

June 30, 2026

Hon. Carla B. Freedman
United States Magistrate Judge
U.S. District Court
100 S. Clinton Street
Syracuse, NY 13261

      Re:    *Taylor v. Flack, et al.*
              Index No.:  9:26-cv-375 (GTS/CBF)

Dear Judge Freeman:

      Please allow this correspondence to serve as defendants' timely status report responsive to the Court's Text Order of June 2, 2026 (ECF No. 17).

      At this time, our office is finalizing our representation analysis as to the nine defendants and anticipates that multiple defendants will be required to obtain separate outside representation.

      Our office respectfully requests a further stay in the proceedings so that our office can complete our representation analysis and defendants can obtain outside representation as needed.

      Sincerely,

      */s/ Shawn C. Graham*
      Shawn C. Graham
      Assistant Attorney General

cc:    Edward Sivin, Esq. *via CM/ECF*